# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GERARDO VAZQUEZ, ON BEHALF OF
HIMSELF AND ALL OTHER SIMILARLY
SITUATED EMPLOYEES,

                Plaintiffs,

-vs-                                            Case No. 6:05-cv-59-Orl-28DAB

LCM INVESTMENT GROUP, INC.,
DELTA DRIVERS SERVICE, INC., LUIS
CAAMANO,

                Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for Conditional Certification of Collective Action and Permission to Send Court Supervised Notice Advising Similarly Situated Individuals of Their Opt-In Rights Pursuant to 29 U.S.C. §216(b) (Doc. No. 19-1) filed February 22, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and the objections filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 2, 2006 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of Their Opt-In Rights is **DENIED.**

3. Plaintiff is allowed to file a notice of consent to join in the case from the other two drivers identified and they can be added as party Plaintiffs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___C___ day of July, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party