UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GERARDO VAZQUEZ, ON BEHALF OF
HIMSELF AND ALL OTHER SIMILARLY
SITUATED EMPLOYEES,

Plaintiffs,

-vs-                                                                Case No. 6:05-cv-59-Orl-28DAB

LCM INVESTMENT GROUP, INC.,
DELTA DRIVERS SERVICE, INC., LUIS
CAAMANO,

Defendants.
_____

# ORDER

This case is before the Court on the Joint Motion To Extend Discovery And Dispositive Motions Deadlines (Doc. No. 33) filed July 14, 2006 and Plaintiffs' Motion To Amend Complaint [To Add 16 Plaintiffs] (Doc. 34) filed July 14, 2006. The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 4, 2006 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Extend Discovery and Dispositive Motions Deadlines (Doc. 33) is **DENIED**.

3.  Plaintiffs' Motion To Amend Complaint [To Add 16 Plaintiffs] (Doc. 34) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __24__ day of August, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party